Eastern District of Kentucky
FILED
JAN 26 2023
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.   INDICTMENT NO. 6:23-cr-003-CHB

STEVEN WILLIAMS,
 aka LOW LIFE,
LAWRENCE LUCAS,
 aka BIG COUNTRY,
 aka FAT BOY, and
WALTER KANSAS SMITH,
 aka W.K.

\* \* \* \* \*

THE GRAND JURY CHARGES:

## COUNT 1
## 21 U.S.C. § 846

In or about December 2021, the exact date unknown, and continuing until on or about August 31, 2022, in Harlan County, in the Eastern District of Kentucky, and elsewhere,

STEVEN WILLIAMS,
aka LOW LIFE,
LAWRENCE LUCAS,
aka BIG COUNTRY,
aka FAT BOY, and
WALTER KANSAS SMITH,
aka W.K.,

did conspire with each other and others to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

Before **STEVEN WILLIAMS, aka LOW LIFE,** committed the offense charged in this count, he was previously convicted under state law of the following serious drug felony: 2019 Trafficking in Cocaine, Illegal Drugs, Marijuana, or Methamphetamine—for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years from the commencement of the instant offense.

Before **WALTER KANSAS SMITH, aka W.K.,** committed the offense charged in this count, he was previously convicted under state law of the following serious drug felony: 2010 Trafficking in Controlled Substances, 1st Degree—for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years from the commencement of the instant offense.

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about August 6, 2022, in Letcher County, in the Eastern District of Kentucky,

**LAWRENCE LUCAS,
aka BIG COUNTRY,
aka FAT BOY,**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about August 16, 2022, in Harlan County, in the Eastern District of Kentucky,

**STEVEN WILLIAMS,**
**aka LOW LIFE, and**
**WALTER KANSAS SMITH,**
**aka W.K.,**

aided and abetted by each other, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance in violation of 21 U.S.C. § 841(a)(1).

Before **STEVEN WILLIAMS, aka LOW LIFE,** committed the offense charged in this count, he was previously convicted under state law of the following serious drug felony: 2019 Trafficking in Cocaine, Illegal Drugs, Marijuana, or Methamphetamine—for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years from the commencement of the instant offense.

Before **WALTER KANSAS SMITH, aka W. K.,** committed the offense charged in this count, he was previously convicted under state law of the following serious drug felony: 2010 Trafficking in Controlled Substances, 1st Degree—for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years from the commencement of the instant offense.

## COUNT 4
## 18 U.S.C. § 922(g)

On or about August 16, 2022, in Harlan County, in the Eastern District of Kentucky,

**STEVEN WILLIAMS,**
**aka LOW LIFE,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is a Taurus G2C, 9mm handgun with serial number ACA394272, and the firearm was in and affecting interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

1. By virtue of the commission of the felony offenses alleged in Counts 1-3 of the Indictment, the Defendants shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. §§ 846 and 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. §§ 846 and 841. Any and all interest that the Defendants have in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. In committing the offense alleged in Count 4 of this Indictment, pursuant to 18 U.S.C. § 924(d), the below-listed firearm and ammunition seized from Defendant **STEVEN WILLIAMS** on August 16, 2022, are subject to forfeiture.

3. The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**
$5,789.00 in United States currency seized from **LAWRENCE LUCAS, aka BIG COUNTRY, aka FAT BOY**, on August 6, 2022.

**FIREARM AND AMMUNITION**
 a. Taurus G2C, 9mm pistol, serial number ACA394272; and
 b. 9mm ammunition.

4. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
FOREPERSON

_/s/ Carlton S. Shier, IV_
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

### Counts 1 and 3:

Not less than 10 years nor more than life imprisonment, a fine of not more than $10,000,000, and at least 5 years of supervised release.,

> **IF PRIOR CONVICTION FOR A SERIOUS DRUG OR VIOLENT FELONY:** Not less than 15 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

### Count 2:

Not less than 5 years nor more than 40 years imprisonment, a fine of not more than $5,000,000, and at least 4 years supervised release.

### Count 4:

Not more than 15 years imprisonment, a fine of not more than $250,000 and not more than 3 years of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed property.

**PLUS:** Restitution, if applicable.